# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1589. GARY D. JAMES v. CMC REAL ESTATE GROUP, LLC.**

CMC Real Estate Group, LLC ("CMC") brought this dispossessory action against Gary D. James seeking a writ of possession for premises leased to James and payment of rent due under that lease. On January 7, 2025, the trial court granted CMC's motion for partial summary judgment and issued a writ of possession for the premises. The court reserved for trial, however, the questions of whether rent was owed under the lease and, if so, the amount owed. James filed a motion for reconsideration, which the trial court denied on January 16, 2025. The following day, James filed this direct appeal. We lack jurisdiction.

While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). James's January 17 notice of appeal was filed 10 days after entry of the order at issue.  Moreover, although James filed his appeal within seven days following entry of the order denying his motion for reconsideration, the filing of a motion for reconsideration does not extend the time for filing an appeal. See *Luster v. Bank of America, N.A.*, 331 Ga. App. 510, 512 (769 SE2d 394) (2015). And the denial of a motion for reconsideration of an appealable order or judgment is not itself appealable. Id. See also *Rivers v. McCullers*, 367 Ga. App. 565, 566 (2) (887 SE2d 411) (2023).

Given that James's notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/09/2025*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*